Wednesday, March 26, 2014

Misc. No. 14–8014/AF. U.S. v. Mark K. Arness. CCA 2013–30. Notice is hereby given that a writ-appeal petition for review of the decision of the United States Air Force Court of Criminal Appeals on application for extraordinary relief in the nature of a writ or error coram nobis was filed under Rule 27(b).

Thursday, March 27, 2014

No. 14–0071/AR. U.S. v. Travis D. Jones. CCA 20110679. On consideration of the motion filed by Professor Eric R. Carpenter, Assistant Professor of Law, Florida International University College of Law, for leave to file Amicus brief and to have a law student enter an appearance on behalf of Amicus and motion by Amicus to submit oral argument, said motions are hereby granted, and Amicus Curiae will be allotted 10 minutes to present oral argument.